UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-00918-MRA-MAA | Date | March 13, 2026 |
|---|---|---|---|
| Title | *Jose Luis Munoz Zabala v. Mark Bowen et al* | | |

Present: The Honorable    MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY TEMPORARY RESTRAINING ORDER SHOULD ISSUE**

On February 25, 2026, Petitioner filed a Motion for a Temporary Restraining Order ("TRO") pending adjudication of his Petition for Writ of Habeas Corpus (the "TRO Application"). ECF 3. On February 28, 2026, Respondents filed an Opposition to the TRO Application (the "Opposition"). ECF 8. The government concedes Petitioner is entitled to a *Rodriguez* bond hearing while his immigration proceedings are pending but argues that relief is not warranted here because Petitioner's "experienced immigration lawyer withdrew [the] request" for a bond hearing scheduled to take place on January 28, 2026. *Id.* at 2. Petitioner argues that the bond hearing was cancelled but provides no further facts regarding the circumstances of the cancellation. ECF 1 at 3. It is undisputed that Petitioner is entitled to a bond hearing, though it is unclear why Petitioner has not been afforded the opportunity to petition for his release before an immigration judge.

The Court **ORDERS** Petitioner to **SHOW CAUSE** why a TRO should be granted given Petitioner was provided with a bond hearing but apparently withdrew his request before receiving a determination from the immigration judge. Specifically, Petitioner should explain why the hearing was cancelled. Petitioner shall file any written response to the Order to Show Cause no later than **March 18, 2026**. The Court further **ORDERS** Respondents to personally serve the Opposition filed on February 28, 2026 (ECF 8) and this Order on Petitioner within **24 hours** of this Order. Proof of service shall be filed no later than **March 16, 2026**.

**IT IS SO ORDERED.**

-    :    -

Initials of Deputy Clerk    mku