UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-00918-MRA-MAA | Date | April 9, 2026 |
|---|---|---|---|
| Title | *Jose Luis Munoz Zabala v. Mark Bowen et al* | | |

Present: The Honorable    MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION ORDER SHOULD ISSUE**

On March 26, 2026, the Court granted in part Petitioner's Motion for a Temporary Restraining Order. ECF 15. The Court enjoined Respondents from continuing to detain Petitioner unless he was provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of the Order. *Id.* at 4. The Court further ordered Respondents to show cause why a preliminary injunction should not issue. *Id.* at 5. The Court noted that it may order Petitioner to file a reply if necessary. *Id.*

On April 2, 2026, Respondents filed a response to the Court's Order to Show Cause and explained that Petitioner was scheduled for a bond hearing on March 31, 2026, but the immigration judge continued the hearing to April 7, 2026, because Petitioner needed more time to prepare. ECF 16. Respondents attached the order of the immigration judge continuing the case to April 7, 2026, at 1:00 p.m. ECF 16-1. Respondents requested the Court discharge the Order to Show Cause in light of Petitioner's rescheduled bond hearing. ECF 16 at 4. Respondents also requested the Court order Petitioner to file a reply by April 17, 2026, or voluntarily dismiss the action. *Id.*

The Court **ORDERS** Petitioner to file a reply to Petitioner's Response, providing an update on the status of his bond hearing and explaining why a preliminary injunction should be granted. Petitioner shall file any written response to the Order to Show Cause no later than **April 18, 2026**. The Court **ORDERS** Respondents to personally serve this Order on Petitioner within **24 hours** of this Order. Proof of service shall be filed no later than **April 13, 2026**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-00918-MRA-MAA | Date | April 9, 2026 |
|---|---|---|---|
| Title | *Jose Luis Munoz Zabala v. Mark Bowen et al* | | |

- : -

Initials of Deputy Clerk    mku