JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSE LUIS MUNOZ ZABALA,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | Case No. 5:26-cv-00918-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order denying the Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED** without prejudice as follows:

a) Petitioner's claims for release based on the June 4, 2025 re detention, the statutory basis for his detention, the procedures at the April 7, 2026 bond hearing and Respondents' compliance with the Court's March 26, 2026 Order (Dkt. 15), and his Temporary Protected Status are **DENIED**.

b) Petitioner's claim for release under Zadvydas v. Davis, 533 U.S. 678 (2001), and his claims under the Administrative Procedure Act and the Accardi doctrine are **DENIED** without prejudice.

c) Petitioner's challenges to the Immigration Judge's evaluation of the evidence and explanation of the April 7, 2026 bond determination are

**DISMISSED** without prejudice for failure to exhaust administrative remedies.

d) Petitioner's requests for review of his removal order are **DISMISSED** without prejudice for lack of jurisdiction.

Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: October 6, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge